UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

US BANKRUPTCY COURT
DISTRICT OF OREGON

2016 MAR -7 PM 2:35

LODGED___ REC'D___
PAID___ DOCKETED___

In re )
)
JUAN M GONZALEZ-SANCHEZ )  Case No. 310-30119-PCM13
GABERIELLE L GONZALEZ )
)  LIST OF NAMES AND POST
)  OFFICE ADDRESSES FOR
)  UNCLAIMED FUNDS
)
Debtor(s)

I, the undersigned case trustee, certify that:

1. The final disbursement to creditors has been completed.

2. All final disbursement checks payable in this case have been cashed except that checks issued to the entities listed below have been stopped for payment because they have either been returned as undeliverable or 90 days have passed since issuance.

3. I verify the address used for mailing to each entity matches the most recent address in the court files for that entity, and I made all other reasonable attempts to deliver each check.

4. A check for the total of all such unclaimed funds listed below in the amount of $1,453.14 is attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.

5. The following is a list of the names of, and mailing addresses used for, the entities entitled to the following sums.

| CLAIM NO. | NAME/ADDRESS | DIVIDEND |
|-----------|--------------|----------|
| 006-0 | US DEPARTMENT OF HUD<br>C/O DEVAL LLC<br>1255 CORPORATE DRIVE #300<br>IRVING, TX 75038 | $1,453.14 |

TOTAL: $1,453.14

DATE: March 2, 2016

_____
Trustee

390 (8/1/99)